UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

Case Number: 12-14147-CIV-MARTINEZ-LYNCH

MARK ALAN YODER,

    Plaintiff,

vs.

LEADING EDGE RECOVERY SOLUTIONS,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff's Motion for Default Judgment (D.E. No. 9). After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

Plaintiff's Motion for Default Judgment (D.E. No. 9) is DENIED. Plaintiff has not demonstrated that he has served Defendant properly pursuant to Rule 4 of the Federal Rules of Civil Procedure. Plaintif has demonstrated only that he mailed a copy of the summons and complaint to Defendant. This is not sufficient.

DONE AND ORDERED in Chambers at Miami, Florida, this 28 day of August, 2012.

                                  JOSE E. MARTINEZ
                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record
Mark Alan Yoder